**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Keith Fliss, | ) | No. CV-05-1933-PHX-LOA |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Jo Anne B. Barnhart, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

This Court has received and considered Defendant's Unopposed Motion for Enlargement of Time Within Which Defendant May File a Response to Plaintiff's Motion for Summary Judgment (First Request).

**IT IS ORDERED granting** Defendant's Motion (Dkt. #23) and extending the time within which Defendant may file a Response to Plaintiff's Motion for Summary Judgment an additional 30 days.

**IT IS FURTHER ORDERED directing** the parties to use the correct case number of CV-05-1933-PHX-LOA as directed when this matter was reassigned to the below on October 11, 2005 (Dkt. #7).

DATED this 6th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge