**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Fliss, ) | No. CV-05-1933-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Jo Anne B. Barnhart, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

This Court has received and considered Plaintiff's Unopposed Motion for Enlargement of Time Within Which to File Plaintiff's Response to Defendant's Cross-Motion for Summary Judgment and Reply to Opposition to Plaintiff's Motion for Summary Judgment (First Request).

**IT IS ORDERED granting** Plaintiff's Motion (Dkt. #30) and extending the time within which Plaintiff may file his Reply to and including the 5th day of June, 2006

Further, a review of the file reflects that the undersigned issued an Order (Dkt. #24) directing the parties to use the correct case number of CV-05-1933-PHX-LOA as directed when this matter was reassigned to the below on October 11, 2005 (Dkt. #7). The undersigned did not realize that District Judge Robert C. Broomfield had previously issued an Order (Dkt. #4) granting plaintiff's motion to correct venue and ordered that the clerk of the court shall re-designate this case to the Prescott Division.

1       The undersigned directs the parties to confer and agree upon the venue of this matter
2 and submit a Stipulation and Proposed Order setting forth the desired venue.
3       DATED this 30th day of May, 2006.

                            */s/ Lawrence O. Anderson*
                            Lawrence O. Anderson
                            United States Magistrate Judge