**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Fliss,<br>    Plaintiff,<br>    vs.<br>JoAnne Barnhart,<br>Commissioner of Social Security<br>    Defendant | NO. CV-05-1933-PHX-LOA<br><br>ORDER |

The Court, having considered plaintiff's Motion for Extension of Time Within Which to file his Response to Defendant's Cross-Motion for Summary Judgment and Reply to Opposition to Plaintiff's Motion for Summary Judgment (second request), and good cause appearing,

IT IS ORDERED granting plaintiff's motion and extending the time within which plaintiff may file his Reply to and including the 19th day of June 2006.

DATED this 8th day of June, 2006.

*Lawrence O. Anderson*
United States Magistrate Judge

-1-