**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Fliss, | No. CV-05-1933-PCT-LOA |
| Plaintiff, | ORDER |
| vs. | |
| Jo Anne Barnhart,<br>Commissioner of Social Security | |
| Defendant | |

The Court, having considered the stipulation between the parties to correct venue, and good cause appearing,

IT IS HEREBY ORDERED that the clerk of the court shall re-designate this case to designate venue in the Prescott Division and all further pleadings shall contain this case number: CV-05-1933-PCT-LOA.

DATED this 9th day of June, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

-1-